THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY JACKSON, Appellant. [919 NYS2d 848]—

Order, Supreme Court, New York County (Marcy L. Kahn, J.), entered March 9, 2009, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion in declining to grant a downward departure from defendant's presumptive risk level (*see People v Mingo*, 12 NY3d 563, 568 n 2 [2009]; *People v Johnson*, 11 NY3d 416, 421 [2008]), given the seriousness of the underlying sex crimes against a child. The mitigating factors upon which defendant relies were adequately taken into account by the risk assessment instrument. Moreover, defendant also has a conviction for first-degree manslaughter. Concur—Tom, J.P., Saxe, DeGrasse, Freedman and Abdus-Salaam, JJ.